UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SAILOR INCORPORATED F/V | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 2:03-CV-261 |
| | ) | |
| ROCKLAND, CITY OF | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COMES Defendant, The City of Rockland ("Rockland"), by and through its counsel, Welte & Welte, P.A., and pursuant to Rule 56(h), Rules of the United States District Court for the District of Maine, submits the following statement of material facts as to which there is no genuine issue to be tried. All references to depositions are to the Deposition of Gary Hatch, unless otherwise indicated.

1. This is an action to recover damages arising out of the sinking of the F/V SAILOR on February 16, 2004 while moored alongside the Rockland City Fish Pier. Plaintiff's Complaint at ¶13.

2. Gary Hatch is the President and majority controlling shareholder of F/V SAILOR, Inc. Dep. of Gary Hatch, Page 47, Lines 2-10. He holds himself out as a marine surveyor and has testified as such. Dep. of Gary Hatch, Vol. II, Page 83, Lines 3-12; Page 89, Lines 6 to Page 90, Line 15. He has been designated by plaintiff as an Expert Witness in this action. Ex. A (Plaintiff's Designation of Experts).

3. The F/V SAILOR is, and was at the time of her sinking on February 16, 2002, a commercial fishing vessel owned by the Plaintiff, F/V SAILOR, Inc., and a documented vessel of the United States of America bearing Official Number 560093. She was built of wood in 1974. Ex. B (Hatch Dep. Ex. 12)

4. The F/V SAILOR was purchased by the plaintiff F/V SAILOR, Inc. in June of 2000 for $35,000.00. Dep. of Gary Hatch at 46, Lines 14 – 19.

5. At the time of her sinking on February 16, 2001, the F/V SAILOR had no fish or catch aboard and was covered under a marine hull insurance policy for an "agreed value" of $50,000.00. Ex. C (Hatch Dep. Ex. 5), Dep. of Gary Hatch Page 49, Line 14 to Page 50, Line 1; Page 56, Lines 1 – 3.

6.      After the sinking the F/V SAILOR was sold to CAJEE, Inc. for $25,000 "as is where is" Dep. of Gary Hatch, Pg. 41, Lines 6-9.

7.      The fair market value of the F/V SAILOR immediately prior to the sinking of February 16, 2002 was between $50,000.00 and $180,000.00.  Dep. of Gary Hatch, Page 54, Lines 8-20; Ex. C (Hatch Dep. Ex. 5).

8.      After the sinking plaintiff requested Wayfarer Marine, Inc. to provide F/V SAILOR, Inc. with an estimate of the repairs necessary to bring the F/V SAILOR back to its pre-sinking state.  Wayfarer Marine, Inc. sent a team to inspect the vessel for purposes of generating the estimate which totaled $187,543.00.  Deposition of Gary Hatch,  Page 57, Line 7 to Page 58, Line 14; pages 63, Line 25 to Page 64, Line 7 ; Ex. D (Hatch Dep. Exhibit 6).

9.      The amount of $187,543.00 is a reasonable and accurate cost to put the F/V SAILOR back into the condition she was in prior to the sinking. Dep. of Gary Hatch, Page 57, Lines 11-14; Page 63, Lines 15-18.

10.     In this action, Plaintiff asserts an entitlement to, and is making claim for, damages over and above the fair market value of the vessel and which include lost profits, consequential damages, and out of pocket expenses.  The total of the damages alleged is $603,291.00.  Dep. Of Gary Hatch at Page, 67, Line 13 to Page 68, Line 19; Page 71, Lines 4 to 13; Ex. E (Clayton Howard, Esq. demand letter of March 18, 2004).

11.     The cost of repairs that would have been necessary to return the F/V SAILOR to her pre-sinking condition exceeded the fair market value of the vessel immediately prior to the sinking.   Dep. of Gary Hatch, Page 65, Line 24 to Page 66, Line 15; Affidavit of Joseph Lobley, ¶3.

12.     The F/V SAILOR was a constructive total loss as a result of the sinking on February 16, 2002.  Dep. of Gary Hatch, Page 65, Line 24 to Page 66, Line 15; Affidavit of Joseph Lobley, ¶3.

Dated at Camden, Maine this 14th day of April, 2004.

/s/ William H. Welte
Counsel for Defendant City of Rockland
WELTE & WELTE, P.A.
13 Wood Street
Camden, ME  04843
(207) 236-7786
weltelaw@adelphia.net
Bar No.: 3391

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2004, I electronically filed Defendant's Motion for Partial Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Clayton N. Howard, Esq.
HOWARD & BOWIE, P.A.
One Main Street
P. O. Box 460
Damariscotta, ME  04543

                    /s/ William H. Welte

                    WELTE & WELTE, P.A.
                    13 Wood Street
                    Camden, ME  04843
                    (207) 236-7786
                    weltelaw@adelphia.net
                    Bar No.: 3391

SAILOR\Pleadings\Defendant's Statement of Material Facts